■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. PATTERSON, Appellant.

Present— Dillon, P. J., Green, Pine, Balio and Davis, JJ.